**Order entered July 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00468-CR
No. 05-19-00469-CR
No. 05-19-00470-CR
No. 05-19-00471-CR
No. 05-19-00472-CR

**KHALIL LAVANTE MILLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-20871-V, F16-20872-V,**
**F16-20878-V, F16-20879-V & F17-00837-V**

## ORDER

Before the Court is appellant's July 18, 2019 second motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **August 19, 2019**. If appellant's brief is not filed by August 19, 2019, these appeals may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/     LANA MYERS
          JUSTICE